COLIN M. RUBICH
ZENO B. BAUCUS
Assistant U.S. Attorneys
U.S. Attorney's Office
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
E-mail: Colin.Rubich@usdoj.gov
         Zeno.Baucus@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
DEC 2 1 2017
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-141-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | PASSING OR UTTERING COUNTERFEIT OBLIGATIONS OR SECURITIES OF THE UNITED STATES |
| TRISHA LEE BERNHARDT and MAXWELL WEST, | Title 18 U.S.C. §§ 2, 472 (Penalty: 20 years imprisonment, $250,000 fine, and three years supervised release) |
| Defendants. | |

THE GRAND JURY CHARGES:

That beginning on or about January 1, 2016, and continuing until on or about May 30, 2016, at Billings and Bozeman, in the State and District of Montana, and elsewhere, the defendants, TRISHA LEE BERNHARDT and MAXWELL WEST, with intent to defraud, did knowingly pass, utter, and publish falsely made and

1

counterfeited obligations of the United States, that is one hundred dollar ($100) Federal Reserve Notes, and aided and abetted the same, in violation of 18 U.S.C. §§ 2 and 472.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: X_____
Bail: _____