
FILED

OCT 18 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-141-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| TRISHA LEE BERNHARDT, | |
| Defendant. | |

Based upon Defendant's failure to self-surrender for service at the institution designated by the Bureau of Prisons, as notified by the United States Marshals Service,

**IT IS HEREBY ORDERED** that Defendant shall surrender to the custody of the United States Marshals Service on *Monday, October 29, 2018 at 2:00 p.m.* at the Yellowstone County Detention Facility. Failure to surrender as directed shall result in a warrant being issued.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 17th day of October, 2018.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge